UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re: MARTEL, MARC  
      MARTEL, SANDRA

Case No. 09-11380-JMD

Chapter 7

_____,
Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    OLGA L. GORDON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $863,150.00  
*(without deducting any secured claims)*

Assets Exempt: $44,050.00

Total Distribution to Claimants: $7,389.37

Claims Discharged Without Payment: $254,062.19

Total Expenses of Administration: $13,346.19

---

    3) Total gross receipts of $20,735.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,735.56 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $838,736.06 | $620,139.82 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,346.19 | 13,346.19 | 13,346.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 13,753.31 | 13,594.09 | 7,389.37 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 134,277.21 | 237,561.52 | 237,561.62 | 0.00 |
| **TOTAL DISBURSEMENTS** | $973,013.27 | $884,800.84 | $264,501.90 | $20,735.56 |

4) This case was originally filed under Chapter 7 on April 20, 2009. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/15/2012        By: /s/OLGA L. GORDON
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 3,500.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | 15,500.00 |
| RENT | 1229-000 | 1,725.00 |
| Interest Income | 1270-000 | 10.56 |
| **TOTAL GROSS RECEIPTS** | | **$20,735.56** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | 4110-000 | 142,494.17 | 143,690.35 | 0.00 | 0.00 |
| 2 | METLIFE HOME LOANS | 4110-000 | 404,717.31 | 412,594.73 | 0.00 | 0.00 |
| 5 | FIRST TENNESSEE BANK NATIONAL ASSOCIATION | 4110-000 | 15,811.49 | 63,854.74 | 0.00 | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 212,447.53 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 63,265.56 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$838,736.06** | **$620,139.82** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| OLGA L. GORDON | 2100-000 | N/A | 2,823.53 | 2,823.53 | 2,823.53 |
| MURTHA CULLINA LLP | 3110-000 | N/A | 7,027.00 | 7,027.00 | 7,027.00 |
| MURTHA CULLINA LLP | 3120-000 | N/A | 369.99 | 369.99 | 369.99 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 1.29 | 1.29 | 1.29 |
| JAMES R. ST. JEAN AUCTIONEERS | 3610-000 | N/A | 1,550.00 | 1,550.00 | 1,550.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 13.93 | 13.93 | 13.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 11.82 | 11.82 | 11.82 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 14.55 | 14.55 | 14.55 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.29 | 43.29 | 43.29 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.24 | 39.24 | 39.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.86 | 37.86 | 37.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.69 | 41.69 | 41.69 |
| UNITED STATE TREASURY | 2810-000 | N/A | 872.00 | 872.00 | 872.00 |
| VERDOLINO & LOWEY, P.C. | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $13,346.19 | $13,346.19 | $13,346.19 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 13,753.31 | 13,594.09 | 7,389.37 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $13,753.31 | $13,594.09 | $7,389.37 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | MARJAM SUPPLY COMPANY | 7100-000 | 11,000.00 | 48,793.19 | 48,793.19 | 0.00 |
| 4 | PRA RECEIVABLES MANAGEMENT, LLC | 7100-000 | N/A | 10,172.61 | 10,172.61 | 0.00 |
| 6 | CHASE BANK USA | 7100-000 | 52,638.89 | 27,330.91 | 27,330.91 | 0.00 |
| 7 | CHASE BANK USA | 7100-000 | 25,886.53 | 27,352.16 | 27,352.16 | 0.00 |
| 8 | PRA RECEIVABLES MANAGEMENT, LLC | 7100-000 | 23,590.74 | 24,658.52 | 24,658.52 | 0.00 |
| 9U | INTERNAL REVENUE SERVICE | 7200-000 | N/A | 2,500.88 | 2,500.98 | 0.00 |
| 10 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 0.00 | 54,476.02 | 54,476.02 | 0.00 |
| 11 | GE MONEY BANK | 7100-000 | N/A | 164.32 | 164.32 | 0.00 |
| 12 | PRA RECEIVABLES MANAGEMENT, LLC | 7100-000 | N/A | 96.34 | 96.34 | 0.00 |
| 13 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 9,365.20 | 9,964.46 | 9,964.46 | 0.00 |
| 14 | AMERICAN EXPRESS BANK FSB | 7100-000 | N/A | 27,356.80 | 27,356.80 | 0.00 |
| 15 | HSBC BANK NEVADA, N.A. | 7100-000 | 1,500.00 | 1,656.99 | 1,656.99 | 0.00 |
| 16 | TD BANK N.A. | 7200-000 | N/A | 3,038.32 | 3,038.32 | 0.00 |
| NOTFILED | Law Office of Joel Cardis, LLC | 7100-000 | 599.18 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club Credit | 7100-000 | 793.64 | N/A | N/A | 0.00 |
| NOTFILED | Whitney Law Offices One Prospect Street | 7100-000 | 8,903.03 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $134,277.21 | $237,561.52 | $237,561.62 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-11380-JMD  
**Case Name:** MARTEL, MARC  
               MARTEL, SANDRA  
**Period Ending:** 06/15/12

**Trustee:** (410360) OLGA L. GORDON  
**Filed (f) or Converted (c):** 06/09/09 (c)  
**§341(a) Meeting Date:** 07/15/09  
**Claims Bar Date:** 10/05/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   REAL PROPERTY<br>   25 Moose Hollow Road, Litchfield, NH<br>The debtor properly exempted the full unsecured value of this asset. This asset is fully secured. | 370,000.00 | 0.00 | DA | 0.00 | FA |
| 2   REAL PROPERTY<br>   22 W. Elmhurst, Manchester, NH<br>Relief from Stay granted on September 30, 2009 | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 3   REAL PROPERTY<br>   347 Charles Bancroft Highway, Litchfield, NH<br>Property was surrendered by the Debtors. | 270,000.00 | 0.00 | DA | 0.00 | FA |
| 4   CASH ON HAND<br>   The debtor properly exempted the full value of this asset. | 300.00 | 0.00 | DA | 0.00 | FA |
| 5   BANK ACCOUNTS<br>   St. Mary's Bank McGregor St. Manchester, NH<br>Checking $200; Savings $300; Business account $800<br>The trustee has determined that this asset holds no value for the estate. | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 6   HOUSEHOLD GOODS AND FURNISHINGS<br>   Usual furnishings<br>The debtor properly exempted a portion of the value of this asset. The trustee has determined that the remaining value in this asset holds no value for the estate. | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 7   WEARING APPAREL<br>   Usual clothing<br>The debtor properly exempted the full value of this asset. | 500.00 | 0.00 | DA | 0.00 | FA |
| 8   FURS AND JEWELRY<br>   Wedding rings, etc.<br>The debtor properly exempted a portion of the value of this asset. The trustee has determined that the non-exempt portion of this asset holds no value for the estate. | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 9   FIREARMS AND HOBBY EQUIPMENT | 50.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-11380-JMD
**Case Name:** MARTEL, MARC
MARTEL, SANDRA
**Period Ending:** 06/15/12

**Trustee:** (410360) OLGA L. GORDON
**Filed (f) or Converted (c):** 06/09/09 (c)
**§341(a) Meeting Date:** 07/15/09
**Claims Bar Date:** 10/05/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Shotgun<br>The debtor properly exempted the full value of this asset. | | | | | |
| 10  INTERESTS IN INSURANCE POLICIES<br>  Term only<br>The trustee has determined this asset holds no value for the estate. | 0.00 | 0.00 | DA | 0.00 | FA |
| 11  PENSION PLANS AND PROFIT SHARING<br>  401K - Wife Separate IRA<br>The debtor properly exempted the full value of this asset. | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 12  ACCOUNTS RECEIVABLE<br>  Trade debts | 25,000.00 | 25,000.00 | | 3,500.00 | FA |
| 13  AUTOMOBILES AND OTHER VEHICLES<br>  2004 Ford Expedition<br>The debtors have exempted the full value of this asset. | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 14  AUTOMOBILES AND OTHER VEHICLES<br>  2003 Hummer<br>The debtors have exempted the full value of this asset. | 10,500.00 | 0.00 | DA | 0.00 | FA |
| 15  AUTOMOBILES AND OTHER VEHICLES<br>  2002 F550 dump truck<br>Exemption release pursuant to settlement agreement with Trustee dated 12/8/2009. | 16,500.00 | 9,300.00 | | 15,500.00 | FA |
| 16  AUTOMOBILES AND OTHER VEHICLES<br>  E-350 Van<br>This asset is fully secured. | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 17  OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>  Two old computers<br>The debtor properly exempted the full value of this asset. | 500.00 | 0.00 | DA | 0.00 | FA |
| 18  MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>  Sprayers (drywall equipment)<br>The debtor properly exempted the full value of this | 4,000.00 | 0.00 | DA | 0.00 | FA |

Printed: 06/15/2012 11:57 AM    V.13.03

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-11380-JMD  **Trustee:** (410360) OLGA L. GORDON
**Case Name:** MARTEL, MARC  **Filed (f) or Converted (c):** 06/09/09 (c)
MARTEL, SANDRA  **§341(a) Meeting Date:** 07/15/09
**Period Ending:** 06/15/12  **Claims Bar Date:** 10/05/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| | asset. | | | | | |
| 19 | RENT  (u)  Rent from tenants at 22 West Elmhurst, Manchester, NH | Unknown | Unknown | | 1,725.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 10.56 | FA |
| 20 | Assets    Totals (Excluding unknown values) | $904,650.00 | $34,300.00 | | $20,735.56 | $0.00 |

**Major Activities Affecting Case Closing:**

    Await TFR hearing

**Initial Projected Date Of Final Report (TFR):**    December 1, 2010    **Current Projected Date Of Final Report (TFR):**    January 4, 2012  (Actual)

Printed: 06/15/2012 11:57 AM    V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-11380-JMD
**Case Name:** MARTEL, MARC
MARTEL, SANDRA
**Taxpayer ID #:** **-***4134
**Period Ending:** 06/15/12

**Trustee:** OLGA L. GORDON (410360)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****96-65 - Money Market Account
**Blanket Bond:** $3,650,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/09 | {19} | MARC G. MARTEL DBA CREATIVE CEILINGS | RENT FROM PROPERTY | 1229-000 | 1,725.00 | | 1,725.00 |
| 08/11/09 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/11/2009 FOR CASE #09-11380, Bond # 016027599 TERM: 8/1/09 to 8/1/10 | 2300-000 | | 1.29 | 1,723.71 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,723.77 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,723.84 |
| 10/22/09 | {15} | James R. St. Jean | Sale of 2002 F550 Dump Truck | 1129-000 | 15,500.00 | | 17,223.84 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 17,224.01 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,224.73 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,225.45 |
| 01/06/10 | {12} | SANDRA AND MARC MARTEL | PAYMENT 1 OF 8 TOWARDS SETTLEMENT OF A/R | 1121-000 | 437.50 | | 17,662.95 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 17,663.64 |
| 02/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.07 | | 17,663.71 |
| 02/02/10 | | Wire out to BNYM account 9200******9665 | Wire out to BNYM account 9200******9665 | 9999-000 | -17,663.71 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1.29 | 1.29 | $0.00 |
| Less: Bank Transfers | -17,663.71 | 0.00 | |
| **Subtotal** | 17,665.00 | 1.29 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$17,665.00** | **$1.29** | |

{} Asset reference(s)

Printed: 06/15/2012 11:57 AM    V.13.03

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-11380-JMD | | **Trustee:** | OLGA L. GORDON (410360) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MARTEL, MARC | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | MARTEL, SANDRA | | **Account:** | ***-*****96-66 - Checking Account |
| **Taxpayer ID #:** | **-***4134 | | **Blanket Bond:** | $3,650,000.00  (per case limit) |
| **Period Ending:** | 06/15/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)        Printed: 06/15/2012 11:57 AM    V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-11380-JMD
**Case Name:** MARTEL, MARC
MARTEL, SANDRA
**Taxpayer ID #:** \*\*-\*\*\*4134
**Period Ending:** 06/15/12

**Trustee:** OLGA L. GORDON (410360)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-\*\*\*\*\*\*96-65 - Checking Account
**Blanket Bond:** $3,650,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account \*\*\*\*\*\*\*\*9665 | Wire in from JPMorgan Chase Bank, N.A. account \*\*\*\*\*\*\*\*9665 | 9999-000 | 17,663.71 | | 17,663.71 |
| 02/10/10 | {12} | MARC G. MARTEL | PAYMENT 2 OF 8 TOWARDS SETTLEMENT | 1121-000 | 437.50 | | 18,101.21 |
| 02/26/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.66 | | 18,101.87 |
| 03/09/10 | {12} | MARC G. MARTEL | PAYMENT 3 OF 8 TOWARDS SETTLEMENT | 1121-000 | 437.50 | | 18,539.37 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,540.15 |
| 04/15/10 | {12} | MARC G. MARTEL | PAYMENT 4 OF 8 TOWARDS SETTLEMENT | 1121-000 | 437.50 | | 18,977.65 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,978.42 |
| 05/07/10 | {12} | MARC G. MARTEL | PAYMENT 5 OF 8 TOWARDS SETTLEMENT | 1121-000 | 437.50 | | 19,415.92 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.82 | | 19,416.74 |
| 06/10/10 | {12} | MARC G. MARTEL | PAYMENT 6 OF 8 TOWARDS SETTLEMENT | 1121-000 | 437.50 | | 19,854.24 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.81 | | 19,855.05 |
| 07/09/10 | | To Account #9200\*\*\*\*\*\*9666 | Transfer to pay James R. St. Jean | 9999-000 | | 1,550.00 | 18,305.05 |
| 07/15/10 | {12} | MARC G. MARTEL | PAYMENT 7 OF 8 TOWARDS SETTLEMENT | 1121-000 | 437.50 | | 18,742.55 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.81 | | 18,743.36 |
| 08/03/10 | {12} | MARC G. MARTEL | PAYMENT 8 OF 8 TOWARDS SETTLEMENT | 1121-000 | 437.50 | | 19,180.86 |
| 08/23/10 | | To Account #9200\*\*\*\*\*\*9666 | Transfer to pay bond premium | 9999-000 | | 13.93 | 19,166.93 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.80 | | 19,167.73 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,167.88 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,168.04 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,168.19 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,168.35 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,168.51 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 19,168.65 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 19,168.69 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 19,168.71 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 19,168.80 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,168.95 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,169.11 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,169.26 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,169.42 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 11.82 | 19,157.60 |
| 08/10/11 | | To Account #9200\*\*\*\*\*\*9666 | Transfer to pay blanket bond | 9999-000 | | 14.55 | 19,143.05 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,143.21 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.60 | 19,098.61 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.31 | 19,099.92 |

Subtotals :  $20,733.51  $1,633.59

{} Asset reference(s)

Printed: 06/15/2012 11:57 AM    V.13.03

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-11380-JMD
**Case Name:** MARTEL, MARC
MARTEL, SANDRA
**Taxpayer ID #:** **-***4134
**Period Ending:** 06/15/12

**Trustee:** OLGA L. GORDON (410360)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******96-65 - Checking Account
**Blanket Bond:** $3,650,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,100.07 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.24 | 19,060.83 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,060.99 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.86 | 19,023.13 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,023.28 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.69 | 18,981.59 |
| 12/29/11 | | To Account #9200******9666 | Transfer to pay estate taxes | 9999-000 | | 1,397.00 | 17,584.59 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 17,584.75 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.00 | 17,545.75 |
| 01/03/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -39.00 | 17,584.75 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 17,584.82 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 17,584.89 |
| 02/27/12 | | From Account #9200******9666 | Transfer of funds to main account | 9999-000 | 25.00 | | 17,609.89 |
| 04/19/12 | 11002 | OLGA L. GORDON | Dividend paid 100.00% on $2,823.53, Trustee Compensation; Reference: | 2100-000 | | 2,823.53 | 14,786.36 |
| 04/19/12 | 11003 | INTERNAL REVENUE SERVICE | Dividend paid 54.35% on $13,594.09; Claim# 9P; Filed: $13,753.31; Reference: COURT ORDER FINAL DISTRIBUTION | 5800-000 | | 7,389.37 | 7,396.99 |
| 04/19/12 | 11004 | MURTHA CULLINA LLP | Combined Check for Claims#et_al. | | | 7,396.99 | 0.00 |
| | | | Dividend paid 100.00%    7,027.00 on $7,027.00;  Claim# ; Filed: $7,027.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%    369.99 on $369.99;  Claim# ; Filed: $369.99 | 3120-000 | | | 0.00 |

|  | ACCOUNT TOTALS | 20,759.27 | 20,759.27 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 17,688.71 | 2,975.48 | |
|  | Subtotal | 3,070.56 | 17,783.79 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$3,070.56** | **$17,783.79** | |

{} Asset reference(s)

Printed: 06/15/2012 11:57 AM    V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 09-11380-JMD
**Case Name:** MARTEL, MARC
  MARTEL, SANDRA
**Taxpayer ID #:** **-***4134
**Period Ending:** 06/15/12

**Trustee:** OLGA L. GORDON (410360)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******96-66 - Checking Account
**Blanket Bond:** $3,650,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/09/10 | | From Account #9200******9665 | Transfer to pay James R. St. Jean | 9999-000 | 1,550.00 | | 1,550.00 |
| 07/09/10 | 10101 | JAMES R. ST. JEAN AUCTIONEERS | Court Approved Payment for auction of 2002 F550 | 3610-000 | | 1,550.00 | 0.00 |
| 08/23/10 | | From Account #9200******9665 | Transfer to pay bond premium | 9999-000 | 13.93 | | 13.93 |
| 08/23/10 | 10102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/09/2010 FOR CASE #09-11380, CH. 7 BOND; LIBERTY MUTUAL BOND #016027599 FROM 8/1/10 TO 8/1/11 | 2300-000 | | 13.93 | 0.00 |
| 08/10/11 | | From Account #9200******9665 | Transfer to pay blanket bond | 9999-000 | 14.55 | | 14.55 |
| 08/10/11 | 10103 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/10/2011 FOR CASE #09-11380, CHAPTER 7 TRUSTEE BLANKET BOND NO. 016027599 - TERM 8/1/11 TO 8/1/12 | 2300-000 | | 14.55 | 0.00 |
| 12/29/11 | | From Account #9200******9665 | Transfer to pay estate taxes | 9999-000 | 1,397.00 | | 1,397.00 |
| 12/29/11 | 10104 | UNITED STATE TREASURY | FEDERAL FORM 1041 - JUNE 30, 2010 | 2810-000 | | 872.00 | 525.00 |
| 12/29/11 | 10105 | VERDOLINO & LOWEY, P.C. | COURT APPROVED FEE FOR PREPARATION OF TAX RETURNS | 3410-000 | | 500.00 | 25.00 |
| 02/27/12 | | To Account #9200******9665 | Transfer of funds to main account | 9999-000 | | 25.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,975.48 | 2,975.48 | $0.00 |
| | | | Less: Bank Transfers | | 2,975.48 | 25.00 | |
| | | | **Subtotal** | | 0.00 | 2,950.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $2,950.48 | |

Net Receipts : 20,735.56
Net Estate : $20,735.56

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****96-65 | 17,665.00 | 1.29 | 0.00 |
| Checking # ***-*****96-66 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******96-65 | 3,070.56 | 17,783.79 | 0.00 |
| Checking # 9200-******96-66 | 0.00 | 2,950.48 | 0.00 |
| | $20,735.56 | $20,735.56 | $0.00 |

{} Asset reference(s)                    Printed: 06/15/2012 11:57 AM    V.13.03